UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV16-79-CAS(FFMx) | Date | May 23, 2016 |
|---|---|---|---|
| Title | Richard Kanarik v. United States Postal Service | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER DISMISSING CASE FOR PLAINTIFFS' FAILURE TO FILE AN AMENDED COMPLAINT

On November 23, 2015, pro se plaintiff, Richard Kanarik, filed the instant action against defendant United States Postal Service in Los Angeles County Superior Court. (Dkt. No. 1). On January 5, 2016, defendant removed to this Court.

On February 18, 2016, the Court granted defendant's motion to dismiss without prejudice and admonished plaintiff that failure to file an amended complaint within thirty (30) days would result in dismissal of the action with prejudice. (Dkt. No. 8). To date, Plaintiff has failed to file an amended complaint. Accordingly, this case is hereby dismissed WITH PREJUDICE.

IT IS SO ORDERED.

00 : 00

Initials of Preparer   CL